THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William B. Turner, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge
Unpublished Opinion No. 2007-UP-262
Submitted May 1, 2007  Filed June 1, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  William Turner appeals his convictions and sentences for kidnapping and first degree criminal sexual conduct.  Appellants counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Appellant also filed a pro se brief.  After a thorough review of the record and briefs pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we find no issues of arguable merit.  Accordingly, we dismiss Turners appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.